```
1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN LEE
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2800
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:11-cr-00432-GGH |
| | ) | |
| Plaintiff, | ) | Order Dismissing Case |
| | ) | |
| v. | ) | |
| | ) | |
| ELDON WALLACE BELL, | ) | DATE: October 24, 2011 |
| | ) | TIME: 9:00 a.m. |
| Defendant. | ) | JUDGE: Gregory G. Hollows |
| _____ | ) | |

It is hereby Ordered that the plaintiff United States of America's Motion to Dismiss case number 2:11-CR-00432-GGH is GRANTED.

IT IS SO ORDERED.

Dated: October 21,2011

                                          /s/ Gregory G. Hollows
                                        UNITED STATES MAGISTRATE JUDGE